UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID E. EDWARDS,

    Plaintiff,

  v.

M. KUERSTEN,

    Defendant.

No. 2:21-cv-0259-JAM-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has paid the filing fee.

On April 7, 2021 the court dismissed plaintiff's complaint and ordered him to file an amended complaint within thirty days. ECF No. 7. On April 22, 2021, plaintiff requested a sixty-day extension of time to comply with the court's order. ECF No. 8. Plaintiff also requested a courtesy copy of the original complaint. *Id.* The court will grant plaintiff the extension of time. He is not, however, entitled to a free copy of his complaint.[1]

/////

---

[1] The Clerk's Office charges $0.50 per page for copies of documents. Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. Checks in the exact amount are to be made payable to "Clerk USDC." Plaintiff's original complaint consists of five pages accompanied by twenty-seven pages of exhibits. ECF No. 1.

1

Accordingly, it is ORDERED that:

1. Plaintiff's request for an extension of time to file an amended complaint (ECF No. 8) is GRANTED;
2. Plaintiff's request for a courtesy copy of his complaint (ECF No. 8) is DENIED;
3. Plaintiff shall file an amended complaint within 60 days from the date of service of this order; and
4. Failure to comply with any part of this this order may result in dismissal of this action.

DATED: April 27, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE