IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARDS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**KUERSTEN,**<br><br>　　　　　　　　　Defendant. | 2:21-cv-0259-EFB<br><br>[**PROPOSED**] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 18] |

Having read and considered Defendant's *ex parte* application for an extension of time to respond to Plaintiff's Motion for Preliminary Injunction ["Motion," ECF No. 18], the Declaration of Deputy Attorney General Kandice H. Jung supporting the application, and for good cause appearing, Defendant's *ex pate* application is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendant's *ex parte* application for an extension of time to respond to Plaintiff's Motion is **GRANTED**;

/ / /

/ / /

/ / /

2. Defendant may file and serve his response to Plaintiff's Motion on or before October 20, 2021.

**IT IS SO ORDERED.**

Dated: October 8, 2021.

_____
The Honorable Edmund F. Brennan