UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>M. KUERSTEN,<br><br>Defendant. | No. 2:21-cv-00259-TLN-EFB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 13, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 38.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 13, 2022 (ECF No. 38) are ADOPTED in full;

2. Defendant's Motion to Dismiss (ECF No. 33) is GRANTED as to Plaintiff's claim for injunctive relief and otherwise DENIED;

3. Within 30 days from the date of this Order, Plaintiff may file a second amended complaint (if he so chooses) to attempt to allege facts showing that his injunctive relief claim is not rendered moot by his transfer out of CSP-Solano; and

4. Plaintiff's request that the Court enter default judgment against Defendant (ECF No. 36) is DENIED.

**DATED:  August 15, 2022**

Troy L. Nunley
United States District Judge