UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. KUERSTEN,<br><br>　　　　　Defendant. | No. 2:21-cv-00259-DAD-EFB (PC)<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff seeks an extension of time of 90 days to file a second amended complaint. ECF No. 43. Plaintiff states that he needs additional time to prepare the pleading because he is on a quarantine lockdown without access to the law library. *Id.*

　　　　It is hereby ORDERED that plaintiff's motion for an extension of time (ECF No. 43) is GRANTED, and plaintiff shall have 90 days from the date of this order to file the second amended complaint.

Dated: September 22, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE