IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARDS,**<br><br>            Plaintiff,<br><br>     v.<br><br>**KUERSTEN,**<br><br>            Defendants. | 2:21-cv-00259-DAD-EFB (PC)<br><br>[PROPOSED] **ORDER REGARDING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

The Court, having considered Defendant's motion to modify the discovery and scheduling order, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant's motion is granted.  Defendant shall file his motion for summary judgment on or before August 5, 2024

Dated: July 29, 2024

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2021603518
38276169.docx

1