UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. KUERSTEN, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-00259-DAD-EFB (PC)<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　A suggestion of death upon the record pertaining to the death of plaintiff was filed on October 21, 2024.  ECF No. 62.  Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record.  That time period has now expired, and no motion for substitution has been filed.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed and all pending motions administratively terminated by the Clerk of Court.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after service of these findings and recommendations, any written objections may be filed with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

/////

1

Any response to the objections shall be filed and served within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 10, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE